**Raymond ABADIE, Plaintiff–Appellant,**

v.

**Jo Anne B. BARNHART, Commissioner of Social Security, Defendant–Appellee.**

No. 06–30121
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 13, 2006.

Edward Joseph Cloos, III, Law Offices of Edward J. Cloos III, Covington, LA, for Plaintiff–Appellant.

Kathryn Weekley Becnel, Assistant U.S. Attorney, U.S. Attorney's Office Eastern District of Louisiana, New Orleans, LA, for Defendant–Appellee.

Before REAVLEY, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM: *

Raymond Abadie appeals the district court's decision affirming the Commissioner's denial of social security disability benefits. Reviewing the record under the same standard as the district court, we vacate and remand to the Administrative Law Judge ("ALJ").

The ALJ's decision does not reflect any consideration of the December 11, 2003 opinion letter of Dr. Razza, a treating spe-

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

cialist. The ALJ was not required to accept Dr. Razza's opinions, but was required to consider them, and if he chose to reject them, to explain what conflicting evidence informed his choice and conduct the analysis required by *Newton v. Apfel,* 209 F.3d 448, 453 (5th Cir.2000) and 20 C.F.R. § 404.1527(d)(2). *Beasley v. Barnhart,* 191 Fed.Appx. 331, 335–36 (5th Cir.2006). The ALJ failed to do so.

VACATED and REMANDED.